UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 02-14083-CR-MOORE MAGISTRATE JUDGE LYNCH

18 U.S.C. 1958(a)

UNITED STATES OF AMERICA

   Plaintiff,

vs.

FRANCISCO BELTRAN,

   Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

On or about September 24, 2002, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**FRANCISCO BELTRAN,**

did use a facility in interstate commerce, with intent that the murder of Judge Mark A. Speiser and Assistant State Attorney Dennis Siegal be committed in violation of the laws of the State of Florida, and as consideration for a promise or agreement to pay,

something of pecuniary value, to wit: $1,000 (one thousand dollars).

All in violation of Title 18, United States Code, Section 1958(a).

A TRUE BILL

_____
FOREPERSON

/s/ _____
MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY

2

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**UNITED STATES OF AMERICA**                    CASE NO. _____

v.                                               **CERTIFICATE OF TRIAL ATTORNEY***

**FRANCISCO BELTRAN,**                           02-14083 CR-MOORE
                                                 (Superseding Case Information)
                                                                                 MAGISTRATE JUDGE
**Court Division:** (Select One)                 New Defendant(s)    Yes _____ No _____
                                                 Number of New Defendants        LYNCH
___ Miami    ___ Key West                        Total number of counts
___ FTL      ___ WPB  _X_ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:          (Yes or No) _No_____
   List language and/or dialect  _____

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                              (Check only one)

   I    0 to 5 days       _X_              Petty       _____
   II   6 to 10 days      _____            Minor       _____
   III  11 to 20 days     _____            Misdem.     _____
   IV   21 to 60 days     _____            Felony      _X_
   V    61 days and over  _____

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _Yes_
   If yes:
   Magistrate Case No.  _02-84-FJL_____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____  District of _____

   Is this a potential death penalty case? (Yes or No) _No_

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No    If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section/Miami?  ___ Yes _X_ No

                                                _/s/ Robert H. Waters_____
                                                Robert H. Waters, Jr.
                                                Assistant United States Attorney
                                                Florida Bar No. 0365483

*Penalty Sheet(s) attached                                              REV.6/27/00

## BOND RECOMMENDATION

DEFENDANT:     **FRANCISCO BELTRAN**

$ PTD         (Surety, Recognizance, Corporate Surety, Cash)
              (Jail) (On Bond) (Warrant) (Summons)
              (Marshal's Custody)

_____
ROBERT H. WATERS, JR.
ASSISTANT UNITED STATES ATTORNEY


Last Known Address:


What Facility:


Agent:                    Special Agent Mike Barbercheck
                          ATF

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# PENALTY SHEET

Case No.

Defendant's Name: **FRANCISCO BELTRAN**

| COUNT | VIOLATION | U.S. CODE | MAX. PENALTY* |
|---|---|---|---|
| 1 | Use of facility of interstate commerce with intent that a murder be committed. | 18:1958(a) | Not more than 10 years; $250,000 fine; 4 years Sup. Rel. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA        CASE NO. 02-84-FJL
                                DOB: 04-09-1971
v.                              DCN: 614737
                                WHITE MALE
FRANCISCO BELTRAN

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: ANY UNITED STATES MARSHAL, and

   WARDEN of Martin Correctional Institution, Indiantown, Florida

It appearing that FRANCISCO BELTRAN is confined in the Martin Correctional Institution, Indiantown, FL., and an initial appearance set in this cause for Monday, October 28, 2002, at 9:30 a.m. at the U.S. Courthouse, 300 S. Sixth Street, Fort Pierce, Florida, and that it is necessary for FRANCISCO BELTRAN to be before this Court for the purpose of an initial appearance on a Criminal Complaint.

NOW, THEREFORE, this is to command you, the Warden of the Martin Correctional Institution, that you have the body of the said FRANCISCO BELTRAN now in custody as aforesaid, under safe and secure conduct, before this Court in Fort Pierce, Florida, on or before Monday, October 28, 2002.

DONE AND ORDERED in Fort Pierce, Florida, this 18 day of October 2002.

                              _____
                              FRANK J. LYNCH, Jr.
                              UNITED STATES MAGISTRATE JUDGE

cc: U.S. Attorney (FTP)
    U.S. Marshal (4 certified copies)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

FRANCISCO BELTRAN

CASE NO. 02-84-FJL
DOB: 04-09-1971
DCN: 614737
WHITE MALE

### _PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM_

The United States of America, by its United States Attorney, shows to the Court:

1. A <u>Criminal Complaint</u> is pending in U.S. District Court against FRANCISCO BELTRAN in the above-styled case, and an initial appearance is set as to said defendant for <u>Monday, October 28, 2002</u>, at the <u>U.S. Courthouse, 300 S. Sixth Street, Fort Pierce, Florida at 9:30 a.m.</u>

2. The defendant is now confined in the <u>Martin Correctional Facility, 1150 S.W. Allapattah Rd., Indiantown, Florida</u>.

3. It is necessary to have said defendant before this Court for an initial appearance on the Criminal Complaint as aforesaid.

WHEREFORE, this petitioner prays that this Honorable Court issue a writ of habeas corpus ad prosequendum, directing any United States Marshal to proceed to the aforesaid penal institution and there take into custody the body of the said defendant and have him before this Court at the time and place above specified for an <u>initial appearance</u>; and upon completion of said proceeding to return the said defendant to the custody of the Warden of the aforesaid penal institution; and also directing the said Warden to deliver the said defendant into the custody of any United States Marshal for the aforesaid purpose.

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
ROBERT H. WATERS, Jr.
Assistant U.S. Attorney

**WARRANT FOR ARREST**
AUSA ROBERT H. WATERS, JR.

| UNITED STATES DISTRICT COURT | DISTRICT<br>Southern District of Florida | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>VS.<br><br>*FRANCISCO BELTRAN* | DOCKET NO. | MAGISTRATE CASE NO.<br>**02-84-FJL** |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>**NAME: FRANCISCO BELTRAN**<br>DOB: 04-09-1971  SSN: 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<br>ADDRESS: 845 Michigan Avenue, Miami Beach, FL<br>HEIGHT: 5'7"  WEIGHT: 135 lbs.<br>HAIR: Brown  EYES: Brown<br>RACE: White  SEX: Male<br>CUSTODY: Martin County Correctional Facility<br>BOOKING NO.<br>AGENCY: ATF - Special Agent Mike Barbercheck | |
| WARRANT ISSUED ON THE BASES OF:  ☐ Order of Court<br>☐ Indictment  ☐ Information  X Complaint | | |
| TO:  U.S. MARSHALS SERVICE OR<br>ANY OTHER AUTHORIZED FEDERAL AGENCY. | DISTRICT OF ARREST<br>SDFL | |
| | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available magistrate to answer to the charge(s) listed below.

**DESCRIPTION OF CHARGES**

## USE OF A FACILITY OF INTERSTATE COMMERCE WITH INTENT THAT MURDER BE COMMITTED

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>**18** | SECTION<br>**1958(a)** |
|---|---|---|
| BAIL FIXED BY COURT<br>*No Bond* | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY<br>**FRANK J. LYNCH, JR.**<br>**UNITED STATES MAGISTRATE JUDGE** | SIGNATURE (JUDGE/U.S. MAGISTRATE) | DATE<br>10/11/02 |
| CLERK OF COURT<br>**CLARENCE MADDOX** | (BY) DEPUTY CLERK | DATE ISSUED<br>10/11/02 |

RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

United States Judge or Judge of a State Court of Record

AO 91 (Rev. 5/85) Criminal Complaint          AUSA Robert H. Waters

# United States District Court

## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

**FRANCISCO BELTRAN**
(Male, DOB: 04-09-1971)
(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: **02-84-FJL**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about <u>August 19, 2002</u>, in <u>Martin</u> County, in the <u>Southern</u> District of <u>Florida and elsewhere</u> the defendant,

did use a facility of interstate commerce with intent that murder be committed,

in violation of Title __18__ United States Code, Section 1958(a).

I further state that I am a <u>Special Agent, Alcohol, Tobacco and Firearms</u> and that this complaint is based on the following facts:

***PLEASE SEE ATTACHED AFFIDAVIT.***

Continued on the attached and made a part hereof:      __X__ YES ____ NO

Signature of Complainant
MICHAEL D. BARBERCHECK
Special Agent
Alcohol, Tobacco and Firearms

Sworn to before me, and subscribed in my presence,

October __11__, 2002                    at    Fort Pierce, Florida
Date                                               City and State

FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer        Signature of Judicial Officer

## AFFIDAVIT
## OF
## MICHAEL D. BARBERCHECK
## SPECIAL AGENT
## BUREAU OF ALCOHOL, TOBACCO & FIREARMS

I, Michael D. Barbercheck, being duly sworn, depose and state that:

1. I am a Special Agent (SA) with the Bureau of Alcohol, Tobacco and Firearms (ATF) and have been so employed for approximately two and a half years. Prior to being an ATF agent, I served as a uniformed police officer and detective for approximately ten years in the City of Cape Coral, Florida. I have received specialized training regarding the investigation and enforcement of federal firearms and explosives violations. I make this statement based on my personal knowledge and interviews with law enforcement officers. I am the case agent in the investigation of Francisco BELTRAN (white, male, dob: 04/09/1971). This affidavit does not set forth every fact known to me regarding the investigation.

2. On or about August 8, 2002, ATF received information that an inmate at Martin Correctional Institution, Florida Department of Corrections, Indiantown, Florida was attempting to obtain explosives in order to kill a state judge and state prosecutor.

3. On August 14, 2002, SA Michael Barbercheck and ATF SA Steve Barborini interviewed a confidential informant (CI) who was incarcerated at the Martin Correctional Institution, and who has provided information in the past proven to be reliable. The CI stated that an inmate, who he identified as Francisco BELTRAN, was attempting to obtain pipe bombs to kill Judge Spiser, Prosecutor Dennis Siegal, and possibly State Attorney Michael Satz. All of these Broward County, Florida public officials were involved in the prosecution and conviction of Francisco BELTRAN for which he is currently serving a life sentence, in addition to two twenty-five year sentences.

4. Between August 19 and August 20, 2002, four conversations between the CI and Francisco BELTRAN were recorded. During these conversations, BELTRAN stated that he has someone outside the prison that can bomb the judge and prosecutor but he needs a contact who has access to bombs. The CI stated that an introduction could be made to a friend, "Richie", that is associated with explosives. Richie is an ATF undercover agent (UCA).

5. On August 19, 2002, at approximately 8:45 pm, BELTRAN spoke with the UCA on the phone. The CI utilized a three-way telephone call in order for BELTRAN to speak to "Richie." The telephone call was placed from the Martin Correctional Institution

2

to a phone in Florida and forwarded to an undercover cellular telephone. The UCA was in California at the time the telephone call was received. During this telephone conversation between BELTRAN and the UCA, BELTRAN stated that he wanted to meet with the undercover agent to discuss a delicate matter that must be done carefully. BELTRAN stated that he was very serious about his plans and he requested that the undercover agent bring photographs of the "toys" when they meet. This conversation was recorded.

6. On August 19, 2002, at approximately 9:00 pm, a follow up telephone call was made in the same manner as described in paragraph 5 above from Martin Correctional Institution to the UCA in California. During this recorded telephone conversation, BELTRAN told the UCA to come visit him at the prison. BELTRAN told the UCA to act as an attorney, a private investigator, or a reporter during the meeting at the prison in order to avoid suspicion.

7. On August 24, 2002, the UCA, posing as an attorney, met with BELTRAN during a recorded meeting at the Martin Correctional Institution. BELTRAN told the UCA that he wanted the UCA to use pipe bombs to murder Judge Spiser and Prosecutor Siegal. BELTRAN was shown photographs that depicted pipe bombs and C-4 explosives. The UCA asked if BELTRAN was sure he wanted them dead because the UCA intended to utilize the pipe bombs to murder the judge and

3

prosecutor in their respective vehicles. BELTRAN stated that he was giving the go ahead to the UCA to murder the judge and prosecutor. An agreement was reached between BELTRAN and the UCA that the judge and prosecutor would be murdered for a total of one thousand dollars ($1000). Arrangements were made that the UCA would pick up two hundred dollars ($200) from BELTRAN at the prison. This money was to be a down payment to the UCA for the murders. The UCA would pick up an additional eight hundred dollars ($800) after the pipe bombing took place. BELTRAN stated that his motivation for wanting to murder the judge and prosecutor was that they did not "do their job properly" and that he wanted them dead a long time ago.

8. On September 14, 2002, the UCA met with BELTRAN during a recorded meeting at the Martin Correction Institution. BELTRAN gave the UCA two one-hundred dollar bills ($100) as a down payment for the previously discussed pipe bomb murders. BELTRAN advised the UCA that he could pick up the remaining eight hundred dollars ($800) at a location away from the prison after the murders were committed.

4

9. Based on the above, I believe that there exists sufficient probable cause to arrest Francisco BELTRAN for violation of Title 18, United States Code, Section 1958(a).

Further your affiant sayeth naught.

_____
Michael D. Barbercheck
Special Agent
Bureau of Alcohol, Tobacco and Firearms

Sworn and subscribed to before me this _11_ day of October 2002.

_____
FRANK J. LYNCH, Jr.
UNITED STATES MAGISTRATE JUDGE

5